**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ \_\_**MMM**\*\*\*\_\_ 4th \_\_ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Erold Fucien                                   CASE NO.: 16-25635-JKO
Last Four Digits of SS#: 8372                          CHAPTER 13

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $2,545.00 for months  1  to  8 ;
    B.    $2,811.00 for months  9  to  60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,500.00 (Chapter 13 Base fee)
                           Attorney's Fees $ 775.00 (Motion to Value Miami Property)
                           Attorney's Fees $ 2,500.00 (MMM Fee's Miramar Property)
                           Total Fees        $ 6,775.00
                           Total Paid        $2,750.00---($1,750 toward BK Fees + $1,000 toward MMM Fee)
                           Balance Due     $4,025.00 payable $503.13/month (Months 1 to 8)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  Wells Fargo Bank N.A.                         Arrearage on Petition Date N/A
Address:  POB 31557                              MMM Payment $600.00/month (Months  1  to  8 )
Billings, MT 59107                                    MMM Payment  $0.00/month (Months  9  to 60 )
Account# 9203 (1st Mortgage)              *Payment $0.00 Direct pay Pursuant to Approved Loan MOD*.
(3410 Foxcroft Rd #107)
POC 2-1

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Rushmore Loan Management Services, LLC Acct#1577 POC 4 | Real Property: 1 NE 70 Street, Miami, FL 33138 Value $112,500.00 (Agreed) | 5.5% | $1,210.00 $2,293.33 | 1 to 8 9 to 60 | $128,933.32 |

Priority Creditors: [as defined in 11 U.S.C. §507]: NONE

Unsecured Creditors:   Pay $ 0.00   /month (Months 1  to 8 ).
                          Pay $ 262.00/ month  (Months 9  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. "The debtor will pay direct and outside of the Plan his Trial Loan Modification payments to Wells Fargo Bank N.A., Acct# XXX9203 for the real property located at 3410 Foxcroft Rd # 107, Miramar, FL 33025...

2. The Debtor is current with his HOA Assoc. payments to Miramar Club Condo Assoc. Acct# XX500107 for the real property located at 3410 Foxcroft Rd #107, Miramar, FL 33025 and will continue to pay them direct outside the Chapter 13 plan.

LF-31(rev. 1/08/10)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor:  /s/ Erold Fucien

Date: 7/18/2017

LF-31(rev. 1/08/10)