

**ORDERED in the Southern District of Florida on August 11, 2017.**

John K. Olson, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

EROLD FUCIEN                                    CASE NO.    16-25635-JKO

    Debtor.                                     CHAPTER    13

_____/

**AGREED AMENDED ORDER
GRANTING MOTION TO VALUE AND DETERMINE
SECURED STATUS OF LIEN ON REAL PROPERTY
HELD BY RUSHMORE LOAN MANAGEMENT SERVICES LLC**

THIS CASE came before the Court on hearing held on August 7, 2017, on the Debtor's *Agreed Motion to Amend Order Granting Motion to Value and Determine Secured Status (*DE# 74; the "Motion"). Based upon the Debtor's assertions made in support of the Motion and noting the agreement of the Creditor and Debtor, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

LF-92 (rev. 01/08/10)                   Page 1 of  3

A.  The value of the debtor's real property (the "Real Property") located at

<u>1 NE 70th Street Miami, FL 33138 ("Real Property") is $112,500 at the time of filing of the instant case.</u> The legal description of the Real Property is as follows:

**LOT 25 LESS THE FOLLOWING PORTION THEREOF, BEGIN AT THE NW CORNER OF LOT 25 IN BLOCK 2, OF "DUPONT ADDITION" ACCORDING TOT HE PLAT THEREOF, AS RECORDED IN PLAT BOOK 13, AT PAGE 56, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA; THENCE RUN SOUTH ALONG THE WEST LINE OF SAID LOT FOR A DISTANCE OF 16.94 FEET TO THE POINT OF CURVATURE OF A CIRCULAR CURVE CONCAVE TO THE SB; THENCE RUN NORTHEASTERLY ALONG THE ARC OF SAID CIRCULAR CURVE HAVING A RADIUS OF 1459.75 FEET, THROUGH A CENTRAL ANGLE OF 0 DEGREES 39 MINUTES AND 37 SECONDS FOR AN ARC DISTANCE OF 16.94 FEET TO THE POINT OF INTERSECTION WITH THE NORTH LINE OF SAID LOT 25; THENCE RUN WEST ALONG THE NORTH LINE OF SAID LOT 25, FOR A DISTANCE OF 0.07 FEET TO THE POINT OF BEGINNING; AND LOT 26, IN BLOCK 2, OF "DUPONT ADDITION" ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 13, AT PAGE 56, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

B.  The total of all claims secured by liens on the Real Property senior to the lien of Rushmore Loan Management Services LLC (the "Lender") is $0.00.

C.  The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $0.00 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. This Order supersedes the previous Order Granting Motion to Value and Determine Secured Status of Lien entered on June 6, 2017 [Document No. 68].

3. Lender has an allowed secured claim in the amount of $112,500.00.

4. (Select only one):

    __ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is

timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

__X__    Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $100,099.41 regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

**Submitted by:**

First Legal PA
Simona Burshteyn, Esquire
1930 Harrison Street Ste 209
Hollywood, FL 33020
954-998-1488

Attorney, Simona Burshteyn, is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.